MARC GORDON (DC Bar No. 430168)
marc.gordon@usdoj.gov
(202) 305-0291
(202) 353-7763 (fax)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611 – Ben Franklin Station
Washington, D.C. 20044-7611

Attorney for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. EDCV 16-1194-GW(KKx) |
| Plaintiff, ) | |
| ) | JUDGMENT |
| v. ) | |
| ) | |
| 79.91 ACRES OF LAND, MORE ) | |
| OR LESS, SITUATE IN SAN ) | Trial: November 9, 2017 |
| BERNARDINO COUNTY, STATE ) | Time: 8:30 a.m. |
| OF CALIFORNIA; HEIRS OF ) | |
| GLADYS ITTER; UNKNOWN ) | |
| OWNERS; STATE OF ) | |
| CALIFORNIA; AND SAN ) | |
| BERNARDINO COUNTY TAX ) | |
| COLLECTOR, et al., ) | |
| ) | The Honorable George H. Wu |
| Defendants. ) | |

Trial by narrative statement pursuant to Local Rule 43-1 commenced on November 9, 2017 at 8:30 a.m. Plaintiff, United States submitted its Trial Brief and the Declaration of Robert W. Colangelo, and appeared by Trial Attorney Marc

1

16cv1194

Gordon. No answer or appearance was made by any named defendant. Having reviewed the pleadings and papers filed herein, and argument of counsel having been heard, the Court made Findings of Fact and Conclusions of Law pursuant to Fed. R. Civ. P. 52.

Based on the foregoing, it is ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff, the United States of America, is vested with title as follows:

>fee simple title to the land, subject however, to existing easements for public roads and highways, public utilities, railroads and pipelines;

to the property legally described as follows ("Subject Property"):

>Tract No. 855, also known as Assessor's Parcel Number 0519-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, containing 79.91 acres, more or less. follows ("Subject Property"). It is fully described in Schedule B of the Declaration of Taking, Dkt. 13.

2. The just compensation for the taking of the Subject Property is the sum of $80,000.00;

3. Prior to this action the Subject Property was owned as follows:

| **NAME** | **PERCENTAGE Owned** |
|---|---|
| Suzanne E. & Scott Graham | 50%; |
| Dorothy Urgel, widow of Paul Urgel | 32.5%; |

2

16cv1194

| | |
|---|---|
| Paul L. Latzke | 12.5%; |
| Walter McCarron | 5.0%. |

4. The Clerk of the Court shall pay fifty percent (50%) of the deposited funds ($40,000.00), plus 50% of any interest accrued thereon while within the Registry of the Court, less any authorized fees or costs, jointly to:

> Suzanne E. Graham and Scott Graham
> 7210 Dana Drive
> Palmdale, CA 93551

5. The Clerk of the Court shall pay thirty-two point five percent (32.5%) of the deposited funds ($26,000.00), plus 32.5% of any interest accrued thereon while within the Registry of the Court, less any authorized fees or costs, jointly to:

> Dorothy Urgel
> 5534 Salerno Drive
> Westlake Village, CA 91362

6. The Clerk of the Court shall pay twelve point five percent (12.5%) of the deposited funds ($10,000.00), plus 12.5% of any interest accrued thereon while within the Registry of the Court, less any authorized fees or costs, jointly to:

> Paul L. Latzke
> P.O. Box 293
> Nehalem, OR 97131

7. The Clerk of the Court shall pay five percent (5%) of the deposited funds ($4,000.00), plus 5% of any interest accrued thereon while within the Registry of the Court, less any authorized fees or costs, jointly to:

Walter H. McCarron, Jr.
22031 De La Osa Street
Woodland Hills, CA 91364

DATED: November 9, 2017

_____
GEORGE H. WU, U.S. DISTRICT JUDGE

Respectfully submitted,

/s/_____
MARC GORDON (DC Bar No. 430168)
marc.gordon@usdoj.gov
(202) 305-0291
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611 – Ben Franklin Station